# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JAMES ANGELO HAMPTON, )
)
    Plaintiff, )
)
v. ) CV416-210
)
C/O R. LATIMORE, )
)
    Defendant. )

## ORDER

On September 13, 2016, the Court recommended that *pro se* prisoner James Hampton's civil rights complaint be dismissed for failure to timely return the Consent Form and Prison Trust Account Statement required by this Court, pursuant to 28 U.S.C. § 1915(a)(2). Doc. 4. Plaintiff has since returned both forms. Docs. 6 & 7 (signature-filed on August 23rd, and filed to the docket on September 16th). Though he is late with them, the Court exercises its discretion to accept them. It thus **VACATES** its Report and Recommendation advising dismissal, and will screen Hamilton's complaint in a separate order.

**SO ORDERED**, this 27th day of September, 2016.

                                                        UNITED STATES MAGISTRATE JUDGE
                                                        SOUTHERN DISTRICT OF GEORGIA