IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES ANGELO HAMPTON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-210
)
C/O R. LATIMORE, Chatham County )
Jail, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 12), to which no objections have been filed. After careful review, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk of Court is directed to **CLOSE** this case.

SO ORDERED this 20th day of January 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA